DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DENNIS AGNEW,**
Appellant,

v.

**THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., ETC.,**
Appellee.

No. 4D22-908

[November 17, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Richard Oftedal, Judge; L.T. Case No. 502020CA001574XXXMB.

Robert L. Shearin of Law Office of Robert L. Shearin, Boca Raton, for appellant.

Hallie S. Evans of Troutman Pepper Hamilton Sanders LLP, Atlanta, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***